Peter Voutsas, as Administrator, etc., of Christina Voutsas, Deceased, v.

MORRIS FROGEL.— Motion to dismiss appeal dismissed, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.